IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA BISHOP,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WEST ASSET MANAGEMENT, INC.,<br>DOES 1-10, inclusive;<br><br>　　　　　　　Defendants. | **8:15CV92**<br><br>**ORDER** |

This matter is before the court on the parties' joint stipulation for dismissal, Filing No. 13.  The court finds that the stipulation should be granted.

THEREFORE IT IS ORDERED that pursuant to the parties' joint stipulation for dismissal and Fed.R.Civ.P. 41(a), this action is dismissed with prejudice.

Dated this 15th day of July, 2015

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge